ESTEBAN-TRINIDAD LAW, P.C.
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada 89130
Telephone: (702) 736-5297
Facsimile: (702) 736-5299

Attorney for Plaintiff,
THEODORE PAVLIK

# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF NEVADA

| | |
|---|---|
| THEODORE PAVLIK, an individual;<br>　　　　　Plaintiff,<br>vs.<br>UNITED AIRLINES, INC., a foreign corporation,<br>DOES 1 through 10 inclusive;<br>ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br>　　　　　Defendants. | Case No: 2:15-CV-00885-APG-PAL |

### STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [FIRST REQUEST]

Plaintiff THEODORE PAVLIK (hereinafter "Plaintiff") and UNITED AIRLINES, INC. (hereinafter "Defendant"), by and through their respective counsels of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss, up to and including July 20, 2015.

This extension is necessary to provide adequate time for Plaintiff to receive and review necessary information in order to respond to Defendant's Motion to Dismiss. This is the first request for an extension of time to respond to Defendant's Motion to Dismiss.

…

…

-1-

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: June 24th, 2015

Respectfully submitted,

**ESTEBAN-TRINIDAD LAW, P.C.**

/s/ M. Lani Esteban-Trinidad
M. LANI ESTEBAN-TRINIDAD, ESQ.
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada 89130
Telephone: (702) 736-5297
Fax: (702) 736-5299

Attorney for Plaintiff,
THEODORE PAVLIK

Dated: June 24th, 2015

Respectfully submitted,

**KOLESAR & LEATHAM**

/s/ William D. Schuller
WILLIAM D. SCHULLER, ESQ.
ROBERT J. CALDWELL, ESQ.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472

and

**REED SMITH LLP**
TIFFANY RENEE THOMAS, ESQ.
(Pro Hac Vice Application Forthcoming)
JULIA Y. TRANKIEM, ESQ.
(Pro Hac Vice Application Forthcoming)

Attorneys for Defendant,
UNITED AIRLINES, INC.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 24, 2015.